ORDERED in the Southern District of Florida on _____ SEP - 5 2007 _____



**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In Re:

NURSES ONSITE CORPORATION

     Debtor.

_____

NURSES ONSITE CORPORATION,          Adv.Proc. 07-01457-PGH

     Plaintiff,

v.

ROBERT MURPHY and
LINDA ROMANO

     Defendants

### ORDER DISMISSING ADVERSARY PROCEEDING
### WITHOUT PREJUDICE

This matter came before the Court upon the transfer of venue from the United States Bankruptcy Court of the Eastern District of Virginia to Southern District of Florida and a subsequent Order transferring this matter to the West Palm Beach Division of the United States Bankruptcy Court for the Southern District of Florida.

It appearing to the Court that notice was given over the scheduling conference to be conducted at 9:30 AM on August 29, 2007 and that all parties appeared for the scheduling conference; and

It further appearing to the Court that the Defendants in this matter have filed a Chapter 7 proceeding in the United States Bankruptcy Court for the Southern District of Florida, the same being case number 07-15466-PGH; and

The Court having heard from counsel as to the status of this matter, it is hereby ordered that this matter is dismissed without prejudice to the Plaintiff's ability to file a proof of claim and/o an adversary proceeding in the Defendants' currently pending Chapter 7 Bankruptcy proceeding, provided any such objection to discharge is filed prior to the current established deadline of October 19, 2007.

### 

WE ASK FOR THIS:

/S/ Linda D. Regenhardt

Linda D. Regenhardt, VA Bar #27455
Nancy D. Greene, VA Bar #38984
GARY & REGENHARDT, PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182
(703) 848-2828
(703) 893-9276 facsimile

/s/ Evan B. Klinek

Evan B. Klinek, FL Bar #0134820
GREENSPOON MARDER, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
(954) 491-1120
(954) 343-6966 facsimile